AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

**V.**

"MICHELLIE" L/N/U

## CRIMINAL COMPLAINT

CASE NUMBER: $05M - 1101 - JGD$

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about ___6/28, 7/6, and 7/27 in 2005___ in ___ Middlesex ___ county, in the

___ District of ___ Massachusetts ___ defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer an identification document, authentication feature, and false identification document knowing that such
document and feature was stolen and produced without lawful authority

in violation of Title ___18___ United States Code, Section(s) ___1028(a)(2)___ .

I further state that I am a(n) ___ICE Special Agent___ and that this complaint is based on the following
Official Title

facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

08-10-2005
Date

at

Boston, Massachusetts
City and State

Hon. Judith G. Dein, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

%JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Malden          **Category No.** II          **Investigating Agency** ICE

**City** Malden          **Related Case Information:**

**County** Middlesex          Superseding Ind./ Inf.   N/A          Case No.   N/A

Same Defendant   N/A          New Defendant   N/A

Magistrate Judge Case Number          _____

Search Warrant Case Number          _____

R 20/R 40 from District of          _____

**Defendant Information:**

Defendant Name   Michellie L/N/U          Juvenile   ☐ Yes   ☒ No

Alias Name          _____

Address   30 Upham Street, Malden, Massachusetts, 02148

Birth date (Year only): _____   SSN (last 4 #): _____   Sex F  Race:   Hispanic      Nationality:  Brazilian

**Defense Counsel if known:**          _____          **Address:**          _____

**Bar Number:**          _____

**U.S. Attorney Information:**

**AUSA** S. Waqar Hasib          **Bar Number if applicable** California 234818

**Interpreter:**   ☒ Yes ☐ No          **List language and/or dialect:**   **Portuguese**

**Matter to be SEALED:**   ☒ Yes   ☐ No

☒ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**          _____

☐ **Already in Federal Custody as** _____ **in** _____ .

☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**

☐ **On Pretrial Release:   Ordered by** _____ **on** _____

**Charging Document:**   ☒ **Complaint**          ☐ **Information**          ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   1-3

**Continue on Page 2 for Entry of U.S.C. Citations**

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:   August 10, 2005**          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Michellie L/N/U _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028(a)(2) | Fraudulent identification documents | 1-3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**