UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NUMBERS 05-1101-JGD |
| | ) | 05-1102-JGD |
| MICHELLIE, L/N/U | ) | |

GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT AND COMPLAINT

The Government respectfully moves to unseal the complaint, search warrant, application, and affidavit in this case pertaining to "Michellie" L/N/U, at 30 Upham Street, Malden, MA 02108, issued by this Court on August 15, 2005. As grounds therefor, the Government states that Defendant has been arrested, the warrant has been executed, and the items sought have been obtained. Thus, there is no further need to maintain the secrecy of the complaint, search warrant, application, and affidavit.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ S. Waqar Hasib

S. WAQAR HASIB
Assistant U.S. Attorney
(617) 748-3674

SCANNED
DATE: 8/18/05
BY: DH

[Handwritten margin note: 8/18/05 Allowed Judith Gail Dein, USMJ]