AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

MICHELLIE L/N/U

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1101-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     MICHELLIE L/N/U
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
knowingly transfering identification documents, authentication features, and false identification documents knowing that such documents and features were stolen and produced without lawful authority

in violation of
Title     18     United States Code, Section(s)  1028(a)(2)

Hon. Judith G. Dein                          United States Magistrate Judge
Name of Issuing Officer                      Title of Issuing Officer

/s/ Judith Gail Dein                         08-15-2005
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ICE

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/17/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

HD # 1055899

DEFENDANT'S NAME: Michellie L/N/U

ALIAS:

LAST KNOWN RESIDENCE: 30 Upham Street, first floor apartment, Malden, Massachusetts 02148

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only):

HEIGHT: 5-6                                        WEIGHT:

SEX: Female                                        RACE: Hispanic

HAIR: Dark                                         EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: