UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.    )<br>)<br>MICHELLIE L/N/U    )<br>MICHELLE CARAVALHO    ) | CASE NUMBER 05M-1101-JGD |

### GOVERNMENT'S MOTION TO AMEND COMPLAINT

The Government respectfully moves to amend the complaint filed in this case to reflect the Defendant's true identity. As grounds therefor, the Government states that when MICHELLIE L/N/U was arrested on August 17, 2005, agents from the Bureau of Immigration and Customs Enforcement (ICE) conducted a fingerprint comparison test and learned that the Defendant's true name is MICHELLE CARAVALHO. Additionally, the Government consulted with counsel for the Defendant on August 30, 2005, and the parties agreed that the Defendant's true last name is in fact MICHELLE CARAVALHO. Accordingly, the caption on the complaint should be amended to read "UNITED STATES OF AMERICA V. MICHELLIE L/N/U, A/K/A MICHELLE CARAVALHO."

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ S. Waqar Hasib
S. WAQAR HASIB
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

    I hereby certify I have caused a copy of the foregoing document to be served on counsel of record via electronic filing this 30th day of August, 2005.

                                        /s/ S. Waqar Hasib
                                        S. WAQAR HASIB
                                        Assistant U.S. Attorney